IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

        Petitioner,

v.

MATTHEW CATE,

        Respondent.

No. C 12-5986 WHA (PR)

**SCHEDULING ORDER**

(Dkt. 36, 37, 39)

Good cause appearing, Respondent's motion for an extension of time in which to file an answer, to and including December 1, 2013, is **GRANTED**. Petitioner's request for an extension of time to file a traverse is **GRANTED** and is due no later than February 2, 2014. Petitioner's motion to "alter" the extension of time previously granted to respondent is **DENIED**.

**IT IS SO ORDERED.**

Dated: October __7__, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE