UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

    Petitioner,

v.

KIMBERLY HUGHES, Warden,[1]

    Respondent.

Case No. C 12-5986 VC (PR)

**ORDER GRANTING, IN PART, PLAINTIFF'S MOTION TO INCREASE PAGE LENGTH**

Document no. 86

    Petitioner Susan Mae Polk, a state prisoner incarcerated at the California Institute for Women, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 asserting numerous claims for relief.  On June 5, 2014, the Court set a briefing schedule on Polk's Motion to Strike and Seal, doc. no. 63, and on Respondent Karen Hughes's renewed motion to dismiss.  Polk has filed a motion for an increase in the page length of her reply brief on her Motion to Strike and Seal and her opposition to Hughes's renewed motion to dismiss.  Polk argues that, because she handwrites her briefs, she should be allowed more pages than is allowed for typed briefs.

    The Court denies Polk's request to increase the length of her reply to her Motion to Strike and Seal.  The motion itself is only four pages in length. The ordinary page length allowed for a reply brief is fifteen pages.  *See* Civil L.R. 7-4(b).  There is no need for Polk to file a reply that is longer than fifteen pages.

    The Court grants Polk's request to increase the length of her opposition to Respondent's renewed motion to dismiss.  Polk's request to file an opposition of forty-three pages in length is granted.  The Court notes that it also requested the parties to file a chart listing all of Polk's state court filings and how they exhausted Polk's federal habeas claims.  This chart may be included as an exhibit and is not included in the page length.  However, the chart itself should be as concise as possible.

---

[1] In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to substitute Warden Kimberly Hughes as Respondent because she is Petitioner's current custodian.

Based on the foregoing, the Court orders as follows:

1. Polk's motion to increase page length is granted, in part.  Doc. no. 86.

2. The Clerk of the Court shall substitute Warden Kimberly Hughes as Respondent in this action.

**IT IS SO ORDERED.**

Dated:   June 19, 2014

_____
VINCE CHHABRIA
United States District Judge