IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN MAE POLK,** | Case No. C 12-5986 VC (PR) |
| Petitioner, | **[PROPOSED] ORDER AS MODIFIED** |
| v. | |
| **MATTHEW CATE,** | |
| Respondent. | |

Good cause appearing, respondent may have until July 25, 2014, in which to file the renewed motion to dismiss the habeas corpus petition on procedural grounds.  Petitioner may file a response within two months after receipt of the motion.

Dated: July 2, 2014

_____
The Honorable Vince Chhabria