UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

    Petitioner,

v.

KIMBERLY HUGHES,

    Respondent.

Case No. 12-cv-05986-VC

**ORDER GRANTING, IN PART, PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**

Re: Dkt. No. 132

Petitioner Susan Mae Polk, a state prisoner incarcerated at the California Institute for Women, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 asserting numerous claims for relief. On July 25, 2014, Respondent Kimberly Hughes filed a renewed motion to dismiss the petition as untimely and procedurally defaulted. Polk's opposition was due on September 30, 2014. She now requests an extension of time to November 30, 2014.

In its June 26, 2014 order granting Polk's first motion for an extension of time, the Court indicated that it would not consider further requests for extensions. However, because Polk must address ninety-one claims in her opposition, the Court will make an exception and grant, in part, Polk's second motion for an extension of time. This is the last such motion the Court will consider.

Polk's opposition to the renewed motion to dismiss is now due thirty days from the date of this Order.

**IT IS SO ORDERED.**

Dated: October 6, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

    Plaintiff,

v.

MATTHEW CATE, et al.,

    Defendants.

Case No. 12-cv-05986-VC

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/6/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan Mae Polk ID: X23159
CA Institute for Women CIW/SHU/150
PO Box 8100
Corona, CA 92878-8100

Dated: 10/6/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA