IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN MAE POLK,** | Case No. C 12-5986 VC (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **KIMBERLY HUGHES, Warden,** | |
| Respondent. | |

Good cause appearing, respondent may have until November 3, 2014, in which to file the reply to the opposition to the motion to dismiss the habeas petition.

Dated: October 27, 2014

_____
The Honorable Vince Chhabria