UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

    Petitioner,

v.

KIMBERLY HUGHES, et al.,

    Respondents.

Case No. 12-cv-05986-VC

**ORDER RETURNING RECEIVED DOCUMENTS TO PLAINTIFF**

Petitioner Susan Mae Polk, a state prisoner incarcerated at the California Institute for Women, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 asserting numerous claims for relief. Respondent filed a motion to dismiss, which is now fully briefed and ready for the Court's review. Polk has now submitted several documents.

In is September 4, 2014 Order Striking "Amended" Documents, the Court instructed the Clerk of the Court to receive, but not to file, any documents Polk submits that are labelled "amendments." The Clerk did not file Polk's newly submitted documents. The Court has reviewed these documents and they are piecemeal filings unrelated to the motion to dismiss. They appear to be related to the merits of her petition. As stated in its previous order, "the Court cannot be expected to keep track of Polk's lengthy and piecemeal filings." Therefore, the Clerk is directed to return these documents to Polk with this Order. After the Court rules on the motion to dismiss and it is denied and, if Polk feels it is necessary and prudent to re-file these documents, she may do so at that time.

**IT IS SO ORDERED**.

Dated: December 8, 2014

_____
VINCE CHHABRIA
United States District Judge