UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>    Petitioner,<br><br>v.<br><br>KIMBERLY HUGHES,<br><br>    Respondent. | Case No. 12-cv-05986-VC<br><br>**ORDER DENYING PETITIONER'S MOTIONS FOR AN EXTENSION OF TIME TO OBJECT TO RESPONDENT'S REPLY AND TO WAIVE PAGE LIMIT**<br><br>Re: Dkt. Nos. 149, 154 |

Petitioner Susan Mae Polk, a state prisoner incarcerated at the California Institute for Women, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 asserting numerous claims for relief.  On July 25, 2014, Respondent Kimberly Hughes filed a renewed motion to dismiss the petition as untimely and procedurally defaulted.  On October 6, 2014, Polk filed an opposition and, on November 3, 2014, Respondent filed a reply.  Now, Polk moves for an extension of time to file objections to Respondent's reply and a motion to waive the page limit.  These motions are denied.  Both parties have filed extensive briefs and exhibits.  If the Court determines there is a need for further briefing, it will so inform the parties.

This Order terminates document numbers 149 and 154.

**IT IS SO ORDERED**.

Dated: January 23, 2015

_____
VINCE CHHABRIA
United States District Judge