UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

        Petitioner,

v.

KIMBERLY HUGHES,

        Respondent.

Case No. 12-cv-05986-VC  (PR)

**JUDGMENT**

      The petition for writ of habeas corpus having been dismissed with prejudice, judgment is hereby entered in favor of Respondent. Petitioner shall obtain no relief by way of her petition.

      **IT IS SO ORDERED**.

Dated: March 24, 2015

_____
Vince Chhabria
United States District Judge