UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

               Petitioner,

    v.

KIMBERLY HUGHES,

               Respondent.

Case No.  12-cv-05986-VC

**ORDER DENYING MOTION FOR EXTENSION OF TIME TO SUBMIT MOTION TO AMEND OR ALTER JUDGMENT**

Re: Dkt. No. 168

      Petitioner Susan Mae Polk, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 24, 2015, this Court granted Respondent's motion to dismiss the petition because it was untimely.  On April 7, 2015, Polk filed a motion for an extension of time to file a motion to amend or alter the judgment and to object to the Court's findings.  On the same day, she filed a notice of appeal to the Ninth Circuit Court of Appeals.

      The Court has reviewed Polk's motion and finds that it fails to present good cause for an extension of time to file another motion.  Accordingly, the motion for an extension of time is denied.

      This Order terminates docket number 168.

      **IT IS SO ORDERED**.

Dated: April 9, 2015

_____

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN MAE POLK,

        Plaintiff,

v.

KIMBERLY HUGHES,

        Defendant.

Case No.  12-cv-05986-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan Mae Polk ID: X23159
CA Institute for Women CIW/SHU/137
PO Box 8100
Corona, CA 92878-8100

Dated: 4/9/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2