UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>   Petitioner,<br><br>  v.<br><br>KIMBERLY HUGHES,<br><br>   Respondent. | Case No. 12-cv-05986-VC (PR)<br><br>**ORDER DENYING AMENDED MOTION FOR RELIEF FROM JUDGMENT**<br><br>Re: Dkt. No. 186 |

  This is a closed habeas corpus action that is on appeal. On May 19, 2015, the Court denied Petitioner Susan Mae Polk's first motion for relief from judgment. On May 26, 2015, Polk filed a second motion for relief from judgment. This motion is denied. Polk may not continue to file motions in this closed case while it is on appeal. The Clerk of the Court is directed to receive, but not file, any other motions Polk files while this case is on appeal. The Clerk is directed to return to Polk any such motions or documents.

  **IT IS SO ORDERED**.

Dated: June 8, 2015

                _____
                VINCE CHHABRIA
                United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br>　　　　Plaintiff,<br>　　v.<br>KIMBERLY HUGHES,<br>　　　　Defendant. | Case No. 12-cv-05986-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Susan Mae Polk ID: X23159
16756 Chino-Corona Road
Corona, CA 92880-9508

Dated: June 8, 2015

　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

2